IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC J. RATCLIFFE, #220 889, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-467-WKW |
| | ) [WO] |
| C.W.I. HEADLY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER

On April 14, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 26.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is dismissed without prejudice.

DONE this 9th day of May, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE